AO 106 (Rev. 04/10) Application for a Search Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 8 2015

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Sheldon Becenti,
Date of birth, XX/XX/1992,
SSN: XXX-XX-5058

Case No. 15 MR 463

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of Sheldon Becenti, Date of birth XX/XX/1992, Social Security Number XXX-XX-5058

located in the _____ District of ___New Mexico___ , there is now concealed *(identify the person or describe the property to be seized)*:

DNA buccal swabs

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1111 | Murder |
| 18 USC 1153 | Offenses committed within Indian Country |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ryan Kacher  Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/28/15

_____
*Judge's signature*

William P. [Lynch]
*Printed name and title*

City and state: Albuquerque, NM

AFFIDAVIT IN SUPPORT OF

AN APPLICATION FOR A SEARCH WARRANT

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and has been employed in that capacity since October 2014. Clay Trant, SA with the FBI since June 2010, provided Your Affiant with all of the information included in this affidavit. SA Trant is currently assigned to the Albuquerque Division of the FBI, Gallup Resident Agency, and has primary responsibility for crimes occurring in Indian Country within the District of New Mexico. In this regard, the following information was developed from an investigation conducted by SA Trant and/or communicated to him by other sworn Law Enforcement Officers regarding the death of Jane Doe, a 24 year-old female, enrolled member of the Navajo Nation, by Sheldon Becenti (hereinafter Becenti), a 23 year-old male, presumed member of the Navajo Nation. This homicide occurred on or about July 25, 2015, within the exterior boundaries of the Navajo Nation Reservation in or near a hogan located in Iyanbito, New Mexico.

2. This investigation concerns an alleged violation of United States Code, 18 U.S.C. § 1111(a) and 1153(a), Murder in Indian Country.

3. On July 25, 2015, SA Trant responded to a report of a deceased body located in a hogan in Iyanbito, New Mexico, within the exterior boundaries of the Navajo Nation Reservation. Jane Doe and Becenti lived together in the hogan and had occupied it jointly for approximately two months.

4. Upon arrival at the crime scene, SA Trant observed a spatter pattern of a red substance on the ground outside the hogan that continued to the front porch area. The front door of the

hogan, which consisted of a single room, was open and from the porch SA Trant observed a spatter of a red substance throughout the hogan's interior.

5. Jane Doe's body was on a bed in the hogan. The body had extensive bruising and multiple abrasions. Jane Doe's face was swollen, deep purple in color, and both sides of her jaw were broken. There was a laceration behind her left ear and a large wound on the back of her head consistent with being struck with or striking an object.

6. On July 24, 2015 around 4:30 PM, Jane Doe came to the home of her mother, B.C., which is located near the hogan she shared with Becenti. Jane Doe told B.C. that earlier in the day she, Becenti, and Becenti's sister, C.B., were in the hogan and started arguing because Becenti kissed C.B. Becenti hit Jane Doe on the eye, kicked his sister, and "chased" Jane Doe out. Jane Doe had been physically abused by Becenti in the past, and B.C. told her not to go back to the hogan.

7. At some point in the day, Jane Doe went to a neighbor's house, J.T. and N.T, whose house is located about 300 yards from the hogan. When Martin arrived at J.T and N.T.'s house, she was wearing sunglasses and had a bruise on the left side of her face. B.C. saw Jane Doe again around 8:30 PM while she was at J.T. and N.T.'s, and Jane Doe said she would come to see her later that night. Jane Doe left J.T. and N.T.'s sometime after sunset and was last seen walking in the direction of the hogan.

8. On July 25, 2015 at about 8:00 AM, B.C. went to the hogan to check on Jane Doe because she did not come by her house like she said she would. Becenti answered the door and told her that Jane Doe was still sleeping and shut the door. B.C. knocked repeatedly but Becenti would not open the door again. B.C. then went to the home of Becenti's mother, N.C., for help. B.C. and N.C. walked to the Hogan and N.C. called out for Becenit to open the door. Becenti opened the door and B.C. observed Jane Doe lying in the bed, her face purple. B.C.

went to the bed and held Jane Doe but she was unresponsive. After hugging Jane Doe, B.C. noticed a large amount of blood on her hands. Becenti stated that Jane Doe arrived at the hogan at 3:30 AM that morning and was already hurt.

9. Based on the forgoing, Your Affiant submits that the DNA buccal swabs obtained from Sheldon Becenti will aid in establishing, by way of forensic evaluation of the DNA buccal swabs and serological samples, probable cause regarding the facts, circumstances, cause and manner of the death of Jane Doe in the context of Title 18 U.S.C. § 1153 and 1111.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Respectfully submitted,

_____
Ryan Kacher
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on _____July 28_____, 2015

_____
UNITED STATES MAGISTRATE JUDGE